**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:       In re Erica Blumenthal

Appellate case number:   01-21-00130-CV

Trial court case number:  2020-62226

Trial court:                      280th District Court of Harris County

Relator, Erica Blumenthal, filed a Petition for Original Writ of Habeas Corpus, an Amended Petition for Original Writ of Habeas Corpus, and a corresponding Motion for Temporary Relief to Stay Proceedings and to Set Bond seeking to stay enforcement of a criminal contempt order signed March 12, 2021. We **grant** the Motion for Temporary Relief and stay enforcement of the criminal contempt order signed on March 12, 2021 by the Honorable Barbara J. Stalder. The Sheriff of Harris County is hereby ordered to discharge relator from custody on executing and filing with the Sheriff of Harris County a good and sufficient bond, conditioned as required by law, in the amount of $1,000.00. *See* TEX. R. APP. P. 52.8(b)(3). This order will remain in effect until relator's Amended Petition for Original Writ of Habeas Corpus is finally decided or until further order from this Court.

It is so ORDERED.

Judge's signature: _____/s/ Veronica Rivas-Molloy_____
                                    Acting individually

Date: <u>March 12, 2021</u>